UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re

Case No.

Chapter

Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on flash drive or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) _____ flash drive listing a total of __7__ creditors; or

(b) _____ scannable hard copy, with Request for Waiver attached, consisting of _____ pages, listing a total of _____ creditors

_____
Debtor

_____
Joint Debtor

Date: _5-21-2026_      [Check if applicable] _____ Creditor(s) with foreign addresses included on flash drive/hard copy.

[cscredit ver. 11/19]

AT&T
1900 GALLOWS RD
VIENNA, VA 22182


AMERICAN FIRST FINANCE
PO BOX 565848
DALLAS, TX 75356


MICHAEL R COGAN
12 SOUTH SUMMIT AVE
SUITE 250
GAITHERSBURG, MD 20877


TRUIST
214 N TRYON ST
CHARLOTTE, NC 28202


CHADWICK WASHINGTON AND MORIARITY ELMORE & BUNN PC
12150 MONUMENT DRIVE STE 400
FAIRFAX, VA 22033


FIRST SERVICE RESEDENTIAL
3975 FAIR RIDGE DRIVE SUITE 210S
FAIRFAX, VA 22033


THE UNIT OWNERS ASSOCIATION OF THE TOWNES AT GOOSE CREEK VILLAGE CONDOMINIUMS
3975 FAIR RIDGE DRIVE
FAIRFAX, VA 22033


SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY, UT 84165