**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

-----------------------------------------------------------X
**In re:**                                        :        **Chapter 13**
                                                  :
**TROY LYNWOOD GRAY,**                            :        **Case No. 26-11233-KHK**
         **Debtor.**                              :
                                                  :
-----------------------------------------------------------X


## ENTRY OF APPEARANCE AS COUNSEL FOR DEBTOR

Please enter the appearance of the undersigned as counsel for Debtor.

     Dated June 4, 2026

           /s/ Daniel M. Press
           Daniel M. Press, VSB 37123
           Chung & Press, P.C.
           6718 Whittier Ave., Suite 200
           McLean, VA 22101
           (703) 734-3800
           dpress@chung-press.com

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of June, 2026, I caused to be served the foregoing Entry of Appearance on the Chapter 13 Trustee, the US Trustee, and all parties requesting notice by CM/ECF.

_/s/ Daniel M. Press_____
Daniel M. Press

2