**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ Division

In re   Troy Lynwood Gray

Case No.   26-11233

Debtor(s)

Chapter   13

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___   Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
      *Check if applicable:*  ___ Soc. Sec. No. amended. [***If applicable*: An original, signed Official Form 121 was
      mailed/hand-delivered to the Clerk's Office on_____.\*]**

___   Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
___   Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
___   Schedule A/B - Property
___   Schedule C - The Property You Claim as Exempt
___   Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
___   Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
      ( *$34.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of
      debt.*)   **Check applicable statement(s):**
            ☒   **Creditor(s) added**      ___ **Creditor(s) deleted**
            ___   **Change in amounts owed or classification of debt**
            ___   **No pre-petition creditors added/deleted, or amounts owed or classification of debt
                  changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO
                  FEE)**
            ___   **Post-petition creditors added (Schedule of Unpaid Debts)**
      **REMINDER: Conversion of Chapter 13 to Chapter 7 – only file Schedule of Unpaid Debts.**
___   Schedule G - Executory Contracts and Unexpired Leases
___   Schedule H – Your Codebtors
___   Schedule I – Your Income
___   Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121
– Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted"
entry of the amended Social Security Number into the case record.]**

___   Statement of Financial Affairs

___   Statement of Intention for Individuals Filing Under Chapter 7

___   Chapter 11 List of Equity Security Holders

___   Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

___   Attorney's Disclosure of Compensation

☒   Other:  Creditor Matrix - Creditors Added_____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the
amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities
affected by the amendment as follows: See attached, by first class mail._____
_____.

Date:  6/4/26_____

/s/ Daniel M Press_____
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:   37123
Mailing Address:  6718 Whittier Ave #200, McLean VA 22101

[amendcs ver. 12/23]

Telephone No.:   703-734-3800

Ashburn Walk in Clinic
21001 Sycolin Rd Ste 180
Ashburn, VA 20147

AT&T
PO Box 4500
Allen, TX 75013

Capital One
PO Box 30285
Salt Lake City, UT 84130

Credence Resource Mgt
1111 Digital Dr Ste 101
Richardson, TX 75081

Goose Creek Village HOA
First Service Residential
3975 Fair Ridge Dr  Ste 210
Fairfax, VA 22033

Michael Cogan Esq
20410 Century Boulevard Suite 125
Germantown, MD 20874

Midland Credit Mgt
320 E. Big Beaver Rd.
Troy, MI 48083

Peter Heindel Esq
6627 W Broad St 200
Richmond, VA 23230

Truist Bank
PO Box 1874
Wilson, NC 27894