# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____Alexandria_____ **Division**

In re    Troy Lynwood Gray

Case No. 26-11233

Debtor(s)

Chapter   13

**TO:**   See Attached

## NOTICE TO
## CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules and/or list of creditors has been filed

✗  adding you as a creditor,
___  deleting you as a creditor,
___  correcting your address

A copy of the amendment is forwarded to you together with this notice.

**[*If amendment is adding creditor(s)*]**   NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

Troy Lynwood Gray

Date: 6/4/2026

By /s/ Daniel M Press
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 37123
Address: 6718 Whittier Ave #200
          McLean VA 22101

Telephone No.: 703-734-3800

### CERTIFICATION

I certify that on _____6/4/2026_____, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Daniel M Press
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoadd ver. R. 05/07]

Ashburn Walk in Clinic
21001 Sycolin Rd Ste 180
Ashburn, VA 20147

AT&T
PO Box 4500
Allen, TX 75013

Capital One
PO Box 30285
Salt Lake City, UT 84130

Credence Resource Mgt
1111 Digital Dr Ste 101
Richardson, TX 75081

Goose Creek Village HOA
First Service Residential
3975 Fair Ridge Dr  Ste 210
Fairfax, VA 22033

Michael Cogan Esq
20410 Century Boulevard Suite 125
Germantown, MD 20874

Midland Credit Mgt
320 E. Big Beaver Rd.
Troy, MI 48083

Peter Heindel Esq
6627 W Broad St 200
Richmond, VA 23230

Truist Bank
PO Box 1874
Wilson, NC 27894