UNITED STATES BANKRUPTCY COURT EASTERN
DISTRICT OF VIRGINIA

_Alexandria_                     Division

In re:   **Troy Lynwood Gray**

Case No.  26-11233

Chapter 13

Debtor(s)

*SPECIAL NOTICE TO SECURED CREDITOR*

To:   Truist Bank                                , Attn:  President

*Name of creditor*

42761 Keiller Terrace, Ashburn VA

*Description of collateral*

1.  The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   To value your collateral. ***See Section 4 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   To modify the interest rate. ***See Section 4D of the plan***.  The interest rate you will receive may be less than the contract rate.

   ✓   To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 8 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.  ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:                                8/6/2026
Date and time of confirmation hearing:             8/13/26, 1:30 PM
Place of confirmation hearing:                     Courtroom III, 200 S Washington St, Alex. VA

Troy L Gray

*Name(s) of debtor(s)*

By:  /s/ Daniel M. Press

*Signature*

|✓   Debtor(s)' Attorney
[    Pro se debtor

Daniel M Press

*Name of attorney for debtor(s)*

6718 Whittier Ave. #200

*Address of attorney [or pro se debtor]*

McLean VA 22101

*Tel. #*   703-734-3800

*Fax #*

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

(    ) first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

( ✓ ) certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this 4th_____ day of June_____, 20 26____.

/s/ Daniel M  Press

*Signature of attorney for debtor(s)*

President
Truist Bank
214 N Tryon St
Charlotte, NC 28202

ver. 12/25