UNITED STATES BANKRUPTCY COURT EASTERN
DISTRICT OF VIRGINIA
Alexandria          Division

In re:   Troy Lynwood Gray

Case No.   26-11233
Chapter 13

Debtor(s)

*SPECIAL NOTICE TO SECURED CREDITOR*

To:   Midland Credit Management Inc.          , Attn: _____
*Name of creditor*
42761 Keiller Terrace, Ashburn VA
*Description of collateral*

1.  The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

> To value your collateral. **See Section 4 of the plan.** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

> To modify the interest rate. **See Section 4D of the plan**.  The interest rate you will receive may be less than the contract rate.

> ✓ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. **See Section 8 of the plan.** All or a portion of the amount you are owed will be treated as an unsecured claim.

2. ***You should read the attached plan carefully for the details of how your claim is treated.***
The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:                          8/6/2026
Date and time of confirmation hearing:       8/13/26, 1:30 PM
Place of confirmation hearing:               Courtroom III, 200 S Washington St, Alex. VA

Troy L Gray
*Name(s) of debtor(s)*

By:  /s/ Daniel M. Press
*Signature*

|✓  Debtor(s)' Attorney
[    Pro se debtor

Daniel M Press

*Name of attorney for debtor(s)*

6718 Whittier Ave. #200

*Address of attorney [or pro se debtor]*

McLean VA 22101

*Tel. #*   703-734-3800

*Fax #*

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

( ✓ ) first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

(    ) certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this 4th_____ day of June_____, 20 26____.

/s/ Daniel M  Press

*Signature of attorney for debtor(s)*

Midland Credit Management Inc.
CORPORATION SERVICE COMPANY,
Reg. Agt.
100 Shockoe Slip Fl 2
Richmond, VA, 23219 - 4100

ver. 12/25