# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

**In re:**
Troy Lynwood Gray

**Case Number**  26−11233−KHK
**Chapter**  13
**Judge**  Klinette H. Kindred

Debtor(s)

**To:**  Daniel M. Press

### NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*21* − Chapter 13 Plan and Related Motions and Special Notice to Secured Creditor(s) Truist Bank, Midland Credit Mgt., Townes at Goose Creek, Goose Creek Village HOA , Request for Lien Avoidance , Request that the Stay under 11 U.S.C. 362(a) be Terminated as to Collateral Surrendered in the Plan filed by Daniel M. Press of Chung & Press, P.C. on behalf of Troy Lynwood Gray. (Attachments: # 1 Special Notice to Secured Creditor # 2 Special Notice to Secured Creditor # 3 Special Notice to Secured Creditor # 4 Special Notice to Secured Creditor)(Press, Daniel)

contain certain deficiencies as set forth below. You must correct the deficiencies on or before *6/18/26.* Failure to timely correct the deficiencies may result in the pleading or other paper *being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed*.

### REPRESENTATION AND APPEARANCES:

_   the ECF registered participant attorney filing the document does not match the attorney's signature on the document.

_   **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]

_   **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005−1(C)(5) and 9022−1(A)]

_   a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090−1(E)(2)(a)]

_   Counsel filing papers, suits or pleadings, or making an appearance, must be a member of the Bar of this Court or have a member of the Bar of this Court join in the pleading by endorsement. [LBR 2090−1(F)]

### REQUIREMENT OF FORM:

_   **Legibility:** not in compliance with LBR 5005−1(D)(1)

_   **Caption, Official Forms:** [See LBR 5005−1(D)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable*_   Case name and/or number do not match on paper submitted.

_   Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015−2(A).

_   **Signature Required:** not signed by counsel of record, or individual, if *pro se*.

   _   *if corporation,* not signed by counsel. [See LBR 5005−1(D)(4)]

   _   *if amendment to petition, lists or *schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]

   _   *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]

_   Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry  or redocket to attach the correct document.

_   Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

_   Document does not appear to be complete. Please review this filing for possible error.

_   *Schedules/Amended schedules do not include Form 106Dec ? Declaration About an Individual Debtor's Schedules, or Form 106Dec is not signed

_   As a result of the deficiency noted above, at the direction of the Court, the hearing has been cancelled.

### REAFFIRMATION [LBR 4008−1]:

_   Not in substantial compliance or on approved reaffirmation agreement (Official Form 2400A/B ALT) and reaffirmation agreement coversheet (Official Form 427).

_   Not signed by debtor, the debtor's attorney, if any, and the creditor.

### CHAPTER 13 PLAN AND RELATED MOTIONS [LBR 3015−2]:

_   Modified Plan: Date, time and/or location of Modified Plan Confirmation Hearing omitted or incorrect. To correct this error, the debtor must file a *Notice of Scheduled Confirmation Hearing* with the court and send a copy to all creditors and the trustee. The "notice" must indicate that if no objections are timely filed, a confirmation hearing will not be held.

xx   *Special Notice to Secured Creditor* − Date objection due; Date and time of confirmation hearing and/or Place of confirmation hearing omitted or incorrect.

**TRANSFER OF CLAIM:**

– Document does not appear to be filed in the correct case. Please review this filing for possible error, and file it in the correct case, as appropriate.

**MOTION TO RESTRICT PUBLIC ACCESS TO SENSITIVE CASE INFORMATION:**

– Proposed redacted document not previously filed or not filed as a separate attachment to the motion.

– Motion does not state the docket or proof of claim number of the previously filed document sought to be restricted.

Date:   June 4, 2026                           Clerk, United States Bankruptcy Court

                                                        By /s/ Renier G Jessel, Deputy Clerk

[defntcvMarch2025.jsp]                        Direct Dial Telephone No. (703) 258–1219

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                          Case No. 26-11233-KHK

Troy Lynwood Gray                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                           User: RenierJes                                     Page 1 of 2

Date Rcvd: Jun 04, 2026                    Form ID: defntc                                Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 17059509 | + | AT&T, 1900 GALLOWS RD, VIENNA, VA 22182-3886 |
| 17072422 | + | Ashburn Walk in Clinic, 21001 Sycolin Rd Ste 180, Ashburn, VA 20147-4074 |
| 17059513 | + | CHADWICK WASHINGTON AND MORIARITY, ELMORE & BUNN PC, 12150 MONUMENT DRIVE SUITE 400, FAIRFAX, VA 22033-4063 |
| 17072425 | + | Credence Resource Mgt, 1111 Digital Dr Ste 101, Richardson, TX 75081-2077 |
| 17059514 | + | FIRST SERVICE RESEDENTIAL, 3975 FAIR RIDGE DRIVE SUITE 210S, FAIRFAX, VA 22033-2948 |
| 17072426 | + | Goose Creek Village HOA, First Service Residential, 3975 Fair Ridge Dr Ste 210, Fairfax, VA 22033-2948 |
| 17059511 | #+ | MICHAEL R COGAN, 12 SOUTH SUMMIT AVE SUITE 250, GAITHERSBURG, MD 20877-2092 |
| 17072427 | + | Michael Cogan Esq, 20410 Century Boulevard Suite 125, Germantown, MD 20874-1186 |
| 17059515 | + | THE UNIT OWNERS ASSOCIATION OF THE TOWNES AT GOOSE, CREEK VILLAGE CONDOMINIUMS, 3975 FAIR RIDGE DRIVE, FAIRFAX, VA 22033-2911 |
| 17072430 | + | Truist Bank, PO Box 1874, Wilson, NC 27894-1874 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: tgray50051@gmail.com | Jun 05 2026 00:45:00 | Troy Lynwood Gray, 42761 Keller Terrace, Ashburn, VA 20147 |
| cr | + | Email/Text: nicole.rodriguez@loudoun.gov | Jun 05 2026 00:46:00 | County of Loudoun, VA, c/o Tina Estevao, PO Box 7000, Leesburg, va 20177-7000, UNITED STATES 20177-7000 |
| 17059510 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Jun 05 2026 00:46:00 | AMERICAN FIRST FINANCE, PO BOX 565848, DALLAS, TX 75356-5848 |
| 17072423 | ^ | MEBN | Jun 05 2026 00:42:28 | AT&T, PO Box 4500, Allen, TX 75013-1311 |
| 17070163 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 00:53:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17072424 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2026 00:53:03 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 17072428 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2026 00:46:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 17072429 | | Email/Text: IL_VA@mcmcg.com | Jun 05 2026 00:45:00 | Peter Heindel Esq, 6627 W Broad St 200, Richmond, VA 23230 |
| 17059516 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 05 2026 00:46:00 | SELECT PORTFOLIO SERVICING, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 17059512 | + | Email/Text: bankruptcy@bbandt.com | Jun 05 2026 00:45:00 | TRUIST, 214 N TRYON ST, CHARLOTTE, NC 28202-1078 |

District/off: 0422-9                              User: RenierJes                              Page 2 of 2
Date Rcvd: Jun 04, 2026                          Form ID: defntc                              Total Noticed: 20
TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Troy Lynwood Gray dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun  VA tina.estevao@loudoun.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 4