# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   26−11233−KHK
**Chapter**   13
**Judge**   Klinette H. Kindred

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Troy Lynwood Gray
 42761 Keller Terrace
Ashburn, VA 20147

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−1514

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

** RESCHEDULED CONFIRMATION HEARING ONLY **

### NOTICE OF RESCHEDULED HEARING

Notice is hereby given that the previously scheduled hearing on

*6* − Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee Gorman, Thomas P. with a 341(a) meeting to be held on 6/16/2026 at 12:30 PM via Zoom − Gorman: Meeting ID 945 047 9361, Passcode 1545657015, Phone 1(571) 491−4581. Confirmation hearing: 8/13/2026, 01:30 PM, Judge Kindred's Courtroom, 200 S. Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. Government Proof of Claim due by 11/17/2026. Proof of Claims due by 7/30/2026.

has been rescheduled and will be held at:

**Date:**  July 30, 2026          **Time:**  01:30 PM

**Location:**

Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314

Dated:  June 5, 2026                         For the Court,

                                            Charri S Stewart, Clerk
[van024BKAP.jsp 12/08]                       United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 26-11233-KHK |
| Troy Lynwood Gray | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: MichelleS | Page 1 of 2 |
| Date Rcvd: Jun 05, 2026 | Form ID: VAN024 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 17059509 | + | AT&T, 1900 GALLOWS RD, VIENNA, VA 22182-3886 |
| 17072422 | + | Ashburn Walk in Clinic, 21001 Sycolin Rd Ste 180, Ashburn, VA 20147-4074 |
| 17059513 | + | CHADWICK WASHINGTON AND MORIARITY, ELMORE & BUNN PC, 12150 MONUMENT DRIVE SUITE 400, FAIRFAX, VA 22033-4063 |
| 17072425 | + | Credence Resource Mgt, 1111 Digital Dr Ste 101, Richardson, TX 75081-2077 |
| 17059514 | + | FIRST SERVICE RESEDENTIAL, 3975 FAIR RIDGE DRIVE SUITE 210S, FAIRFAX, VA 22033-2948 |
| 17072426 | + | Goose Creek Village HOA, First Service Residential, 3975 Fair Ridge Dr Ste 210, Fairfax, VA 22033-2948 |
| 17059511 | #+ | MICHAEL R COGAN, 12 SOUTH SUMMIT AVE SUITE 250, GAITHERSBURG, MD 20877-2092 |
| 17072427 | + | Michael Cogan Esq, 20410 Century Boulevard Suite 125, Germantown, MD 20874-1186 |
| 17059515 | + | THE UNIT OWNERS ASSOCIATION OF THE TOWNES AT GOOSE, CREEK VILLAGE CONDOMINIUMS, 3975 FAIR RIDGE DRIVE, FAIRFAX, VA 22033-2911 |
| 17072430 | + | Truist Bank, PO Box 1874, Wilson, NC 27894-1874 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: tgray50051@gmail.com | Jun 06 2026 00:49:00 | Troy Lynwood Gray, 42761 Keller Terrace, Ashburn, VA 20147 |
| cr | + | Email/Text: nicole.rodriguez@loudoun.gov | Jun 06 2026 00:54:00 | County of Loudoun, VA, c/o Tina Estevao, PO Box 7000, Leesburg, va 20177-7000, UNITED STATES 20177-7000 |
| 17059510 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Jun 06 2026 00:55:00 | AMERICAN FIRST FINANCE, PO BOX 565848, DALLAS, TX 75356-5848 |
| 17072423 | ^ | MEBN | Jun 06 2026 00:48:39 | AT&T, PO Box 4500, Allen, TX 75013-1311 |
| 17070163 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2026 00:56:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17072424 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2026 00:56:20 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 17072428 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 06 2026 00:55:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 17072429 | | Email/Text: IL_VA@mcmcg.com | Jun 06 2026 00:54:00 | Peter Heindel Esq, 6627 W Broad St 200, Richmond, VA 23230 |
| 17059516 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 06 2026 00:55:00 | SELECT PORTFOLIO SERVICING, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 17059512 | + | Email/Text: bankruptcy@bbandt.com | Jun 06 2026 00:54:00 | TRUIST, 214 N TRYON ST, CHARLOTTE, NC 28202-1078 |

District/off: 0422-9
User: MichelleS
Page 2 of 2

Date Rcvd: Jun 05, 2026
Form ID: VAN024
Total Noticed: 20

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026
Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Troy Lynwood Gray dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun  VA tina.estevao@loudoun.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 4