**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **TROY LYNWOOD GRAY** | ) | **Case No. 26-11233-KHK** |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that the law firm of Chadwick, Washington, Moriarty, Elmore & Bunn, P.C., by undersigned counsel, hereby gives notice of its appearance in the above-captioned and numbered case as counsel on behalf of The Townes at Goose Creek Village Condominium Unit Owners Association (the "Association") party in interest, pursuant to Rules 2002 and 9010, Federal Rules of Bankruptcy Procedure, and does hereby request that all notices given or required to be given in this case, including all papers, pleadings, and correspondence served or required to be served in this case, or any related proceeding, be served upon the undersigned at the following address:

> Bradley Barna
> Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
> 12150 Monument Drive Ste. 400
> Fairfax, Virginia 22033
> Tel: (703) 352-1900 / Fax: (703) 352-5293
> bbarna@chadwickwashington.com

The Association hereby further notifies all parties of interest in this case that it is represented by the undersigned attorney and requests that the Clerk place the undersigned attorney on any matrix mailing or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

Respectfully submitted this 12th day of June, 2026.

> By:  /s/ Bradley Barna
> Bradley Barna
> Virginia State Bar #88993
> CHADWICK, WASHINGTON, MORIARTY,
> ELMORE & BUNN, P.C.
> 12150 Monument Drive Ste. 400
> Fairfax, Virginia 22033
> (703) 352-1900
> (703) 352-5293 (Facsimile)
> bbarna@chadwickwashington.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance and Request for Service of Papers was served by ECF on those parties set up for ECF on this 12th day of June, 2026.

> By:  /s/ Bradley Barna
> Bradley Barna