**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

TROY LYNWOOD GRAY

Debtor

Chapter 13

Case No. 26-11233-KHK

**OBJECTION TO CONFIRMATION OF PLAN,
NOTICE OF OBJECTION TO CONFIRMATION OF PLAN
AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed June 4, 2026.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6) - Feasibility.**
- Plan appears to be underfunded as follows:

| PERFORMANCE | | | |
|---|---|---|---|
| Amount of Plan Payment | 1,135.00 | | |
| Number of Months | 60 | | |
| **Total Receipts** | | 68,100.00 | |
| **Disbursements Required** | | | |
| Trustee | 6,810.00 | | 10.00% |
| Attorney | 6,813.00 | | |
| Taxes/Other Priority | 0.00 | | |
| Secured | 53,603.73 | | |
| Unsecured | 599,22 | 12,749.26X4.7% | |
| Other-MTA liens | 1,479.66 | 31,482.10X4.7% | |
| **Total Disbursements** | | 69,327.39 | |

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your

**Notice of Objection To Confirmation**
Troy Lynwood Gray, Case #26-11233-KHK

response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on July 30, 2026 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.  A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  _July 22, 2026_          __/s/Thomas P. Gorman _____
                                  Thomas P. Gorman
                                  Chapter 13 Trustee
                                  1414 Prince Street, Suite 202
                                  Alexandria, VA 22314
                                  (703) 836-2226
                                  VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of July, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Troy Lynwood Gray                Daniel M. Press, Esquire
Chapter 13 Debtor                Attorney for Debtor
42761 Keller Terrace             Chung & Press, P.C.
Ashburn, VA 20147                6718 Whittier Ave. Ste. 200
                                 McLean, VA 22101


                                 __/s/ Thomas P. Gorman_____
                                 Thomas P. Gorman