**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | |
| **TROY LYNWOOD GRAY,** | : | **Case No. 26-11233-KHK** |
| **Debtor.** | : | |
| | : | |

-------------------------------------------------------------X

**OBJECTION TO PROOF OF CLAIM NO. 1 FILED BY Ashley Funding Services, LLC AND NOTICE THEREOF**

PLEASE TAKE NOTICE that the Debtor, through counsel, has filed an Objection to Claim No. 1 filed by Ashley Funding Services, LLC. A copy of the Objection is being served on you with this Notice.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**If you do not want the court to eliminate or change your claim, then on or before September 1, 2026, you or your lawyer must file with the court a written response to the objection, explaining your position, at: Clerk, U.S. Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Alexandria, VA 22320.**

**If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. You must also send a copy to:**

> **Daniel M. Press**
> **Chung & Press, P.C.**
> **6718 Whittier Ave., Suite 200**
> **McLean, VA 22101**

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

**NOTICE**
**UNDER LOCAL BANKRUPTCY RULE 3007-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION AND A REQUEST FOR HEARING ON THIS OBJECTION ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY WITHIN 30 DAYS OF THE SERVICE OF THIS OBJECTION, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED, AND ENTER AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT A HEARING.**

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007, Troy Lynwood Gray, Debtor (the "Debtor"), objects to Proof of Claim No. 1 filed by Ashley Funding Services, LLC as follows:

1.      Jurisdiction over this matter is proper pursuant to 28 U.S.C. § 1334(b) as a civil proceeding arising under Title 11 or arising in a case under Title 11.  As a matter concerning the allowance or disallowance of claim, this constitutes a core proceeding. 28 U.S.C. § 157(b)(2)(B).

THE CLAIM IS TIME BARRED

2.      In Proof of Claim 1, Ashley Funding Services, LLC claims $348.00 for "medical".

3.      This claim is time barred by Virginia's statute of limitations, and therefore it is unenforceable against the debtor and property of the debtor under 11 U.S.C. § 502(b)(1).

4.      The Proof of Claim shows a date of service of 10/20/21, more than 4 years before the filing date of this case, May 21, 2026.  There is nothing to show that the Debtor engaged in any transactions, make any payment, or acknowledge the debt for more than 4 years prepetition.

5.      The statute of limitations on an open account accrues as of "the later of the last payment or last charge for goods or services rendered on the account." Va. Code § 8.01-249(8).  Under Virginia law, a claim is not enforceable if it is not brought within three years on an oral contract, Va. Code Ann. § 8.01-246(4).[1]  Accordingly, the claim is

---

[1] The limitation period is five years on a contract in writing and signed by the party to be charged, Va. Code Ann. § 8.01-246(2), but in this case, the Claimant failed to provide any writing upon which the Claim was based, as required by Bankr. R. 3001(c)(1), so it must be presumed under Rule 3001(c)(2)(D) that this is not a signed written contract.

time-barred.

WHEREFORE, the Debtor respectfully objects to Claim #1 under 11 U.S.C. §

502(b)(1) and requests that it  be disallowed in its entirety.

Dated:    August 2, 2026.

Respectfully submitted,

 /s/ Daniel M. Press

Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of August, 2026, I caused to be served the
foregoing Objection to Claim on the Chapter 13 Trustee and all parties requesting notice
by CM/ECF, and by first class mail, postage prepaid, upon:


Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

 /s/ Daniel M. Press

Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com