# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   26-11233-KHK
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Troy Lynwood Gray
42761 Keller Terrace
Ashburn, VA 20147

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
   Debtor: xxx-xx-1514

Employer Tax-Identification (EIN) No(s).(if any):
   Debtor:  NA

### ORDER DENYING CONFIRMATION
### AND NOTICE THAT CASE MAY BE DISMISSED IF
### CONDITIONS OF LOCAL BANKRUPTCY RULE 3015-2 ARE NOT MET

   Upon proper notice and a hearing on objection(s) to the Chapter 13 plan; it is, therefore

   **ORDERED** that  confirmation of the debtor's plan filed June 4, 2026 is denied; and it is further

   **ORDERED** that unless the Court has entered an order previously confirming a Chapter 13 Plan, the debtor shall take take one of the actions enumerated in Local Bankruptcy Rule 3015-2 within twenty one (21) days from this Order and that the failure to do so **may result in the dismissal of this Chapter 13 bankruptcy case**; and it is further

   **ORDERED** that the Clerk mail a copy of this order to the debtor(s), the attorney for the debtor(s), the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

Date:  July 31, 2026                                        /s/  Klinette H. Kindred
                                                            United States Bankruptcy Judge


                                                            NOTICE OF JUDGMENT OR ORDER
                                                            ENTERED ON DOCKET:
[odenyconvNov2019.jsp]                                      Date: July 31, 2026

United States Bankruptcy Court

Eastern District of Virginia

In re:

Troy Lynwood Gray

    Debtor

Case No. 26-11233-KHK

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: DaynaMace | Page 1 of 2 |
| Date Rcvd: Jul 31, 2026 | Form ID: odenycon | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: tgray50051@gmail.com | Aug 01 2026 02:15:00 | Troy Lynwood Gray, 42761 Keller Terrace, Ashburn, VA 20147 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley M. Barna | on behalf of Creditor The Townes at Goose Creek Village Condominium Unit Owners Association bbarna@chadwickwashington.com |
| Bradley M. Barna | on behalf of Creditor Goose Creek Village Homeowners Association bbarna@chadwickwashington.com |
| Brandon R. Jordan | on behalf of Creditor Federal Home Loan Mortgage Corporation bjordan@raslg.com  ecfva@tmppllc.com |
| Daniel M. Press | on behalf of Debtor Troy Lynwood Gray dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun  VA tina.estevao@loudoun.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

District/off: 0422-9                          User: DaynaMace                                  Page 2 of 2
Date Rcvd: Jul 31, 2026                       Form ID: odenycon                              Total Noticed: 1
TOTAL: 7