**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **TROY LYNWOOD GRAY,** | : | **Case No. 26-11233-KHK** |
| **Debtor.** | : | |
| | : | |

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 9 FILED BY Ashley Funding Services, LLC**

Upon consideration of the objection of the Debtor to Proof of Claim No. 9, and there being no response thereto after due service, and it appearing that the claim should be disallowed, it is hereby ORDERED that the objection to Claim No. 9 is SUSTAINED, and that said claim is hereby DISALLOWED.

Dated: Sep 8 2026

/s/ Klinette H Kindred
Judge, U.S. Bankruptcy Court

Entered on Docket: Sep 8 2026

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for the Debtor

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for the Debtor

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

__/s/Daniel M. Press___
Daniel M. Press

Copies to:
Counsel for Debtor (by CM/ECF)
Chapter 13 Trustee (by CM/ECF)

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587