**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>TROY LYNWOOD GRAY<br><br>Debtor | Chapter 13<br><br>Case No. 26-11233-KHK |

**WITHDRAWAL**

I ask that the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division to please withdraw Trustee's Objection to Confirmation filed with this Court on the above captioned matter and scheduled for hearing on September 21, 2026.

_September 9, 2026________
Dated

_/s/ Thomas P. Gorman _________
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 9th day of September, 2026 served via ECF to authorized users or mailed a true copy of the foregoing Withdrawal to the following parties.

Daniel M. Press, Esquire
Attorney for Debtor
Law Offices of Daniel M. Press
201 Washington St.
Cumberland, MD 21502

___/s/ Thomas P. Gorman ______
Thomas P. Gorman