**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **TROY LYNWOOD GRAY,** | : | **Case No. 26-11233-KHK** |
| **Debtor.** | : | |
| | : | |

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 1 FILED BY Ashley Funding Services**

Upon consideration of the objection of the Debtor to Proof of Claim No. 1, and there being no response thereto after due service, and it appearing that the claim should be disallowed, it is hereby ORDERED that the objection to Claim No. 1 is SUSTAINED, and that said claim is hereby DISALLOWED.

Dated: Sep 8 2026

/s/ Klinette H Kindred
Judge, U.S. Bankruptcy Court

Entered on Docket: Sep 8 2026

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for the Debtor

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for the Debtor

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

__/s/Daniel M. Press___
Daniel M. Press

Copies to:
Counsel for Debtor (by CM/ECF)
Chapter 13 Trustee (by CM/ECF)

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 26-11233-KHK
Troy Lynwood Gray Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: RenierJes Page 1 of 3
Date Rcvd: Sep 08, 2026 Form ID: pdford2 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Goose Creek Village Homeowners Association, c/o Chadwick, Washington, et al., 12150 Monument Dr., Suite 400, Fairfax, VA 22033 UNITED STATES 22033-4063 |
| cr | + | The Townes at Goose Creek Village Condominium Unit, c/o Chadwick, Washington, et al., 12150 Monument Dr., Suite 400, Fairfax, VA 22033 UNITED STATES 22033-4063 |
| 17059509 | + | AT&T, 1900 GALLOWS RD, VIENNA, VA 22182-3886 |
| 17098870 | + | American First Finance, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 17072422 | + | Ashburn Walk in Clinic, 21001 Sycolin Rd Ste 180, Ashburn, VA 20147-4074 |
| 17059513 | + | CHADWICK WASHINGTON AND MORIARITY, ELMORE & BUNN PC, 12150 MONUMENT DRIVE SUITE 400, FAIRFAX, VA 22033-4063 |
| 17072425 | + | Credence Resource Mgt, 1111 Digital Dr Ste 101, Richardson, TX 75081-2077 |
| 17059514 | + | FIRST SERVICE RESEDENTIAL, 3975 FAIR RIDGE DRIVE SUITE 210S, FAIRFAX, VA 22033-2948 |
| 17072426 | + | Goose Creek Village HOA, First Service Residential, 3975 Fair Ridge Dr Ste 210, Fairfax, VA 22033-2948 |
| 17121659 | + | Goose Creek Village Homeowners Association, c/o Chadwick, Washington, et al., 12150 Monument Dr., Suite 400, Fairfax, VA 22033-4063 |
| 17059511 | #+ | MICHAEL R COGAN, 12 SOUTH SUMMIT AVE SUITE 250, GAITHERSBURG, MD 20877-2092 |
| 17072427 | + | Michael Cogan Esq, 20410 Century Boulevard Suite 125, Germantown, MD 20874-1186 |
| 17059515 | + | THE UNIT OWNERS ASSOCIATION OF THE TOWNES AT GOOSE, CREEK VILLAGE CONDOMINIUMS, 3975 FAIR RIDGE DRIVE, FAIRFAX, VA 22033-2911 |
| 17127419 | + | The Townes at Goose Creek Village Condominium UOA', c/o Chadwick, Washington, et al., 12150 Monument Dr., Suite 400, Fairfax, VA 22033-4063 |
| 17072430 | + | Truist Bank, PO Box 1874, Wilson, NC 27894-1874 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: tgray50051@gmail.com | Sep 09 2026 06:09:00 | Troy Lynwood Gray, 42761 Keller Terrace, Ashburn, VA 20147 |
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 09 2026 06:10:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| cr | + | Email/Text: nicole.rodriguez@loudoun.gov | Sep 09 2026 06:10:00 | County of Loudoun, VA, c/o Tina Estevao, PO Box 7000, Leesburg, va 20177-7000, UNITED STATES 20177-7000 |
| 17059510 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Sep 09 2026 06:10:00 | AMERICAN FIRST FINANCE, PO BOX 565848, DALLAS, TX 75356-5848 |
| 17072423 | ^ | MEBN | Sep 09 2026 06:06:17 | AT&T, PO Box 4500, Allen, TX 75013-1311 |
| 17070163 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 06:20:11 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17072424 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2026 06:20:34 | Capital One, PO Box 30285, Salt Lake City, UT |

| | | | | |
|---|---|---|---|---|
| | | | | 84130-0285 |
| 17127157 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 09 2026 06:11:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 17076165 | + | Email/Text: RASEBN@raslg.com | Sep 09 2026 06:09:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 17109850 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2026 06:11:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 17110168 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2026 06:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 17072428 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2026 06:10:00 | Midland Credit Mgt, 320 E. Big Beaver Rd., Troy, MI 48083-1271 |
| 17072429 | | Email/Text: IL_VA@mcmcg.com | Sep 09 2026 06:09:00 | Peter Heindel Esq, 6627 W Broad St 200, Richmond, VA 23230 |
| 17091061 | | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2026 06:10:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 17059516 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 09 2026 06:11:00 | SELECT PORTFOLIO SERVICING, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 17059512 | + | Email/Text: bankruptcy@bbandt.com | Sep 09 2026 06:10:00 | TRUIST, 214 N TRYON ST, CHARLOTTE, NC 28202-1078 |
| 17115493 | + | Email/Text: bankruptcy@bbandt.com | Sep 09 2026 06:10:00 | Truist Bank, Support Services, P.O. Box 1847 / 100-50-01-51, Wilson NC 27894-1847 |
| 17075117 | ^ | MEBN | Sep 09 2026 06:03:44 | UVA HEALTH, P.O. BOX 743977, ATLANTA, GA 30374-3977 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
| --- | --- |
| Bradley M. Barna | on behalf of Creditor The Townes at Goose Creek Village Condominium Unit Owners Association bbarna@chadwickwashington.com |
| Bradley M. Barna | on behalf of Creditor Goose Creek Village Homeowners Association bbarna@chadwickwashington.com |
| Daniel M. Press | on behalf of Debtor Troy Lynwood Gray dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun VA tina.estevao@loudoun.gov |
| Tata-Annie L King | on behalf of Creditor Federal Home Loan Mortgage Corporation taking@raslg.com |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 7