**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **TROY LYNWOOD GRAY,** | : | **Case No. 26-11233-KHK** |
| **Debtor.** | : | |

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. 1 FILED BY Ashley Funding Services**

Upon consideration of the objection of the Debtor to Proof of Claim No. 1, and there being no response thereto after due service, and it appearing that the claim should be disallowed, it is hereby ORDERED that the objection to Claim No. 1 is SUSTAINED, and that said claim is hereby DISALLOWED.

Dated: Sep 8 2026

/s/ Klinette H Kindred
Judge, U.S. Bankruptcy Court

Entered on Docket: Sep 8 2026

I ASK FOR THIS:

/s/ Daniel M. Press

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for the Debtor

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for the Debtor

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

__/s/Daniel M. Press___
Daniel M. Press

Copies to:
Counsel for Debtor (by CM/ECF)
Chapter 13 Trustee (by CM/ECF)

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 26-11233-KHK
Troy Lynwood Gray Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: RenierJes Page 1 of 2
Date Rcvd: Sep 08, 2026 Form ID: pdford9 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 17070163 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 06:20:23 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley M. Barna | on behalf of Creditor The Townes at Goose Creek Village Condominium Unit Owners Association bbarna@chadwickwashington.com |
| Bradley M. Barna | on behalf of Creditor Goose Creek Village Homeowners Association bbarna@chadwickwashington.com |
| Daniel M. Press | on behalf of Debtor Troy Lynwood Gray dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Radostina Petkova Estevao | on behalf of Creditor County of Loudoun VA tina.estevao@loudoun.gov |
| Tata-Annie L King | on behalf of Creditor Federal Home Loan Mortgage Corporation taking@raslg.com |

Thomas P. Gorman
ch13alex@gmail.com tgorman26@gmail.com

TOTAL: 7