**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>TROY LYNWOOD GRAY<br><br>Debtor | Chapter 13<br><br>Case No. 26-11233-KHK |

**RENEWED OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF RENEWED OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS RENEWED OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this renewed objection to confirmation of your Modified Chapter 13 Plan filed August 9, 2026. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6) - Feasibility.**

- Plan is underfunded due to Amended Proof of Claim filed by Federal Home Loan Mortgage Corporation/Select Portfolio Servicing, Inc. (Proof of Claim #11-2).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

***Attend the hearing to be held on October 15, 2026 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _September 15, 2026______

__/s/Thomas P. Gorman ________
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 15th day of September, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Renewed Objection to Confirmation, Notice of Renewed Objection and Notice of Hearing to the following parties.

Troy Lynwood Gray
Chapter 13 Debtor
42761 Keller Terrace
Ashburn, VA 20147

Daniel M. Press, Esquire
Attorney for Debtor
Law Offices of Daniel M. Press
201 Washington St.
Cumberland, MD 21502

__/s/ Thomas P. Gorman______
Thomas P. Gorman