**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **TROY L. GRAY** | ) | |
| | ) | **Case No. 26-11233-KHK** |
| **Debtors.** | ) | **Chapter 13** |
| | ) | |
| **THE TOWNES AT GOOSE CREEK VILLAGE CONDOMINIUM UNIT OWNERS ASSOCIATION** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **TROY L. GRAY, and THOMAS P. GORMAN, Trustee** | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**AND NOTICE OF MOTION**
(REAL PROPERTY LOCATED AT 42761 KEILLER TERRACE, ASHBURN, VA 20147)

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not wish the Court to grant the relief sought in this motion, or if you want the Court to consider your views on the motion, then within 14 days from the date of service of this motion, you must file a written response explaining your position with the Court and serve a copy on the movant. Unless a written response is filed and served within this 14-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the 14-day period.

Attend the preliminary hearing to be scheduled to be held on: **Thursday, October 1, 2026, at 11:00 a.m., in Courtroom III, United States Bankruptcy Court, Alexandria Division, 200 South Washington Street, Alexandria, VA 22314**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or relief from stay, and may enter an order granting relief.

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

The Townes at Goose Creek Village Condominium Unit Owners Association ("Movant" or "Association") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor Troy L. Gray, having an address of 42761 Keiller Terrace, Ashburn, Virginia 20147 (the "Property"), for all purposes allowed by the Declaration (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

1. Movant is organized and governed pursuant to the Virginia Condominium Act, Section 55.1-1900, *et seq*., Code of Virginia (1950, as amended) (hereafter "Act") and the Declaration of the Townes at Goose Creek Village Condominium, as amended, initially recorded in the Loudoun County Land Records as Instrument 20110527-0032595 ("Declaration"), and the Bylaws of the Association, recorded as Exhibit B to the Declaration ("Bylaws", together with the Declaration, "Condominium Instruments").

2. Debtor is the record owner of a unit located within the Townes at Goose Creek Condominium with the address of 42761 Keiller Terrace, Ashburn, Virginia 20147, and, as an owner, Debtor is a member of the Association and required to comply with the Condominium Instruments, including the payment of annual assessments.

3. The legal description of the Property is:

Condominium Unit No. 13-K, Building 13, Phase 9, THE TOWNES AT GOOSE CREEK VILLAGE CONDOMINIUM, together with the common element interest and any limited common element interest appurtenant thereto, as established by Condominium Instruments recorded as Instrument No. 20110527-0032595, with the plat and plans recorded as Instrument No. 20110527-0032596, and any and all Supplemental Declarations and/or Amendments recorded subsequent thereto, among the land records of Loudoun County, Virginia.

SUBJECT TO Declaration of Affordable Dwelling Units Covenants recorded November 20, 2013 in Instrument No. 20131120-0090702, among the aforesaid land records.

4. On December 12, 2025, the Association filed a judicial foreclosure action in the Circuit Court for Loudoun County, Virginia against Debtor, among other interested parties, seeking to

Brad M. Barna, VSB #88993
Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
12150 Monument Dr.., Suite 400
Fairfax, VA 22033
703.352.1900
Counsel for The Townes at Goose Creek Village Condominium Unit Owners Association

foreclose on the Property pursuant to the Association's perfected statutory liens and judgment liens (Loudoun Circuit Court, Case No. CL25008339) (the "Foreclosure Case").

5. As of the date of the Debtor's Petition for Relief, the Association has recorded three (3) statutory assessment liens, and four (4) judgment liens against the Property, totaling $23,536.72, as listed below:

| | | |
|---|---|---|
| a. | Memorandum of Lien Instrument #20230504-0016590 | $3,157.00 |
| b. | Memorandum of Lien Instrument #20240320-0010643 | $4,968.69 |
| c. | Memorandum of Lien Instrument #20250325-0012503 | $4,935.00 |
| d. | Judgment Lien Instrument #20210922-0099099 | $2,754.79 |
| e. | Judgment Lien Instrument #20220914-0052350 | $4,091.33 |
| f. | Judgment Lien Instrument #20231212-0049424 | $1,990.50 |
| g. | Judgment Lien Instrument #20250407-0014870 | $1,639.41 |

Copies of the liens are attached hereto as Exhibit 1. In addition, there is unsecured prepetition debt of $13,642.38.

6. Debtor continues to accrue liability to the Association for monthly assessments due on the first of each month, in the amount of $394.00 per month, with a total post-petition debt of $1,676.00 as of the date of filing this Motion. Debtor has not paid any post-petition assessments to the Movant. In addition, Movant has incurred attorneys' fees of $648.00, and court costs of $199.00. Pursuant to the terms of the Condominium Instruments, the Debtor is obligated to reimburse the Movant for such fees and costs. A copy of the Debtor's post-petition Statement of Account is attached hereto as Exhibit 2.

7. Debtor has realized the numerous benefits of living within the Association and in the Property despite the fact he has not remained current in his assessment obligations. Further, it is highly probable this pattern of nonpayment will continue for as long as Debtor owns the Property.

8. Movant lacks adequate protection of its interest in the subject property, as it is unable to complete foreclosure on the Property.

9. The Association desires to continue pursuit of the Foreclosure Case against Debtor as its interests will otherwise not be protected and delinquency will continue to grow.

10. Movant's interests in the Property have been and continue to be irreparably injured by

Brad M. Barna, VSB #88993
Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
12150 Monument Dr.., Suite 400
Fairfax, VA 22033
703.352.1900
Counsel for The Townes at Goose Creek Village Condominium Unit Owners Association

the stay generated by 11 U.S.C. § 362(a), which prevents Movant from proceeding to enforce its liens against the Property. Movant has been and will continue to be irreparably harmed by the failure of Debtor to timely pay his assessments and cure the arrearage if it is not allowed to continue with the Foreclosure Case.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay to be granted pursuant to 11 U.S.C. § 362(d) for all purposes allowed by applicable law, including but not limited to allowing Movant to proceed with the Foreclosure Case.
2. That the 14-day stay be waived.
3. For such other relief as the Court deems proper.

Respectfully submitted,
THE TOWNES AT GOOSE CREEK VILLAGE
CONDOMINIUM UNIT OWNERS ASSOCIATION
By counsel

Date: September 17, 2026

/s/ Brad M. Barna
Brad M. Barna, VSB #88993
Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
12150 Monument Dr.., Suite 400
Fairfax, VA 22033
703.352.1900
703.352.5293 (fax)
*Counsel for Movant Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2026, true copies of the foregoing Motion For Relief From Stay and Notice of Motion and Hearing were served via ECF to authorized users and via first-class mail upon the following parties on:

Troy L. Gray
42761 Keiller Terrace
Ashburn, Virginia 20147
*Debtor*

/s/ Brad M. Barna
Brad M. Barna

Brad M. Barna, VSB #88993
Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
12150 Monument Dr.., Suite 400
Fairfax, VA 22033
703.352.1900
Counsel for The Townes at Goose Creek Village Condominium Unit Owners Association