**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>TROY LYNWOOD GRAY<br>Debtor | Chapter 13 |
| The Townes at Goose Creek Village<br>Movant<br><br>v.<br><br>Troy Lynwood Gray<br>and<br>Thomas P. Gorman, Trustee, | Case No. 26-11233-KHK |

## ANSWER AND REPORT OF TRUSTEE TO RELIEF FROM STAY MOTION

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1) The Plan of this Chapter 13 Case is not yet confirmed by the Court.

(2) No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

(3) A periodic report of the accounts of this Chapter 13 case is attached for reference by the parties to this action and the Court; that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date: September 21, 2026

___/s/ Thomas P. Gorman______
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 21st day of September, 2026.

____/s/ Thomas P. Gorman___________
Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 09/21/2026

CASE NO: 26-11233-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-1514
GRAY, TROY LYNWOOD
AKA:

DATE FILED: 05/21/2026
42761 KELLER TERRACE
ASHBURN, VA 20147
CONFIRMED:
LATEST 341: 06/16/2026
PERCENTAGE: 51.000

SCHEDULE: 1,135.00 MONTHLY
TOTAL PAID: 3,405.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 08/26/26 | PC | 1,135.00 |
| 07/27/26 | PC | 1,135.00 |
| 06/25/26 | PC | 1,135.00 |

PLAN: 60 MONTHS
1st PAYMENT DUE: 06/2026
ON SCHEDULE: 3,405.00
ACTUAL PAYMENTS: 3,405.00
AMOUNT BEHIND: 0.00

ATTORNEY: DANIEL M. PRESS, ESQUIRE
LAW OFFICES OF DANIEL M. PRESS
201 WASHINGTON ST.

CUMBERLAND, MD 21502
Phone:703 725-7600 Fax:

Needed to Complete Base:
BASE: 68,100.00
64,695.00

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME<br>CLAIM REMARK | DISB CODE<br>LAST DISB | CLASS<br>PAY% | INT. BEGIN<br>INT. RATE | FIX PAY<br>ARREARS | ORG. CLAIM<br>SCHED AMT | APPROVED<br>TO BE PAID | PRIN. PAID<br>INT. PAID | PRIN. DUE<br>INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 327080 | SELECT PORTFOLIO SERVICING, INC | FIX | SEC<br>100.00 | | 5,180.22<br>10,360.44 | 15,540.66<br>2,313.33 | 15,540.66<br>15,540.66 | 0.00<br>0.00 | 15,540.66<br>0.00 |
| 002 | 358795 | THE TOWNES AT GOOSE CREEK VILLAC<br>APP | FIX | SEC<br>100.00 | 05/21/2026<br>7.7500 | 263.26<br>1,053.04 | 23,536.72<br>13,060.69 | 13,060.69<br>13,060.69 | 0.00<br>0.00 | 13,060.69<br>367.33 |
| 002 | 358795 | THE TOWNES AT GOOSE CREEK VILLAC | PRO | UNS<br>51.00 | | 0.00<br>0.00 | 24,118.41<br>0.00 | 24,118.41<br>12,300.39 | 0.00<br>0.00 | 12,300.39<br>0.00 |
| 003 | 358664 | GOOSE CREEK VILLAGE HOA | PRO | UNS<br>51.00 | | 0.00<br>0.00 | 0.00<br>815.33 | 815.33<br>415.82 | 0.00<br>0.00 | 415.82<br>0.00 |
| 003 | 358664 | GOOSE CREEK VILLAGE HOA<br>APP | FIX | SEC<br>100.00 | 05/21/2026<br>7.7500 | 93.91<br>375.64 | 5,474.09<br>4,658.76 | 4,658.76<br>4,658.76 | 0.00<br>0.00 | 4,658.76<br>131.04 |
| 004 | 354920 | CAPITAL ONE<br>TBS | PRO-I | UNS<br>51.00 | | 0.00<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | Closed |
| 005 | 350550 | MIDLAND CREDIT MANAGEMENT INC<br>MTA | PRO-A | UNS<br>51.00 | | 0.00<br>0.00 | 5,382.23<br>6,000.00 | 5,382.23<br>2,744.94 | 0.00<br>0.00 | 2,744.94<br>0.00 |
| 006 | 357468 | TRUIST BANK, SUPPORT SERVICES<br>MTA | PRO-A | UNS<br>51.00 | | 0.00<br>0.00 | 26,099.87<br>0.00 | 26,099.87<br>13,310.93 | 0.00<br>0.00 | 13,310.93<br>0.00 |
| 007 | 343612 | JEFFERSON CAPITAL SYSTEMS, LLC | PRO | UNS<br>51.00 | | 0.00<br>0.00 | 875.73<br>1,056.00 | 875.73<br>446.62 | 0.00<br>0.00 | 446.62<br>0.00 |
| 008 | 355079 | ASHBURN WALK-IN CLINIC | PRO | UNS<br>51.00 | | 0.00<br>0.00 | 0.00<br>151.00 | 0.00<br>0.00 | 0.00<br>0.00 | Not Filed |
| 009 | 250879 | AT&T | PRO | UNS<br>51.00 | | 0.00<br>0.00 | 0.00<br>2,629.00 | 0.00<br>0.00 | 0.00<br>0.00 | Not Filed |
| 010 | 318622 | ASHLEY FUNDING SERVICES, LLC<br>UNL-DISALLOWED PER ORD EOD 9/8/26 | PRO-I | UNS<br>51.00 | | 0.00<br>0.00 | 348.00<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | Closed |
| 011 | 353084 | UVA HEALTH<br>UNL-DISALLOWED PER ORD EOD 9/8/26 | PRO-I | UNS<br>51.00 | | 0.00<br>0.00 | 7,150.91<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | Closed |
| 012 | 352754 | QUANTUM3 GROUP LLC<br>UNL-DISALLOWED PER ORD EOD 9/8/26 | PRO-I | UNS<br>51.00 | | 0.00<br>0.00 | 985.00<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | Closed |
| 013 | 343612 | JEFFERSON CAPITAL SYSTEMS, LLC<br>UNL-T-MOBILE-DISALLOWED 9/8/26 | PRO-I | UNS<br>51.00 | | 0.00<br>0.00 | 609.62<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | Closed |
| 014 | 318622 | ASHLEY FUNDING SERVICES, LLC<br>UNL-DISALLOWED PER ORD EOD 9/8/26 | PRO-I | UNS<br>51.00 | | 0.00<br>0.00 | 348.00<br>0.00 | 0.00<br>0.00 | 0.00<br>0.00 | Closed |
| 015 | 318622 | ASHLEY FUNDING SERVICES, LLC<br>UNLISTED | PRO-A | UNS<br>51.00 | | 0.00<br>0.00 | 27.45<br>0.00 | 27.45<br>14.00 | 0.00<br>0.00 | 14.00<br>0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 09/21/2026

CASE NO: 26-11233-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-1514
GRAY, TROY LYNWOOD

SCHEDULE: 1,135.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | 264693 | DANIEL M. PRESS, ESQUIRE | PRO | ATY<br>100.00 | | 0.00<br>0.00 | 6,813.00<br>6,813.00 | 6,813.00<br>6,813.00 | 0.00<br>0.00 | 6,813.00<br>0.00 |
| | | Trustee Administrative Fees | | | | | | 181.61 | 181.61 | |
| | | | | TOTALS: | | 5,537.39<br>11,789.12 | 107,868.16<br>37,497.11 | 97,573.74<br>69,487.42 | 181.61<br>0.00 | 69,305.81<br>498.37 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 6,813.00 | 0.00 | 20,032.78 | 10,651.33 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 6,813.00 | 0.00 | 33,260.11 | 29,232.70 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 6,813.00 | 0.00 | 33,260.11 | 29,232.70 | 0.00 | DUE CREDITORS: | 69,804.18 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 498.37 | 0.00 | 0.00 | EXPECTED ADMIN: | 2,414.85 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 3,223.39 |
| BALANCE DUE: | 0.00 | 6,813.00 | 0.00 | 33,758.48 | 29,232.70 | 0.00 | APPROX BALANCE: | 68,995.64 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.