**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| **TROY L. GRAY** | ) | |
| **Debtors.** | ) | **Case No. 26-11233-KHK** <br> **Chapter 13** |
| **THE TOWNES AT GOOSE CREEK VILLAGE CONDOMINIUM UNIT OWNERS ASSOCIATION** | ) | |
| **Movant,** | ) | |
| **vs.** | ) | |
| **TROY L. GRAY,** <br> **and** <br> **THOMAS P. GORMAN, Trustee** | ) | |
| **Respondents.** | ) | |

**PRAECIPE**

The Townes at Goose Creek Village Condominium Unit Owners Association ("Movant" or "Association"), by counsel, hereby requests that its Motion for Relief from Automatic Stay filed on September 17, 2026 (Docket No. 73) be withdrawn.

Respectfully submitted,
THE TOWNES AT GOOSE CREEK VILLAGE
CONDOMINIUM UNIT OWNERS ASSOCIATION
By counsel

Date: September 24, 2026

/s/ Brad M. Barna

Brad M. Barna, VSB #88993
Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
12150 Monument Dr.., Suite 400
Fairfax, VA 22033
703.352.1900
703.352.5293 (fax)
*Counsel for Movant Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2026, true copies of the foregoing Praecipe were served via ECF to authorized users and via first-class mail upon the following parties on:

Troy L. Gray
42761 Keiller Terrace
Ashburn, Virginia 20147
*Debtor*

/s/ Brad M. Barna
Brad M. Barna

Brad M. Barna, VSB #88993
Chadwick, Washington, Moriarty, Elmore & Bunn, P.C.
12150 Monument Dr.., Suite 400
Fairfax, VA 22033
703.352.1900
Counsel for The Townes at Goose Creek Village Condominium Unit Owners Association